People v Douse
2026 NY Slip Op 02743
May 1, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
ANNISA N. DOUSE, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on May 1, 2026
160 KA 24-01034
Present: Bannister, J.P., Montour, Greenwood, Nowak, And Hannah, JJ.

LEANNE LAPP, PUBLIC DEFENDER, CANANDAIGUA (JAMES ECKERT OF COUNSEL), FOR DEFENDANT-APPELLANT.
KELLY C. WOLFORD, ACTING DISTRICT ATTORNEY, CANANDAIGUA (KAYLAN C. PORTER OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered April 18, 2024. The judgment convicted defendant, upon a jury verdict, of endangering the welfare of a child.
[*1]
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Douse ([appeal No. 1] — AD3d — [May 1, 2026] [4th Dept 2026]).
Entered: May 1, 2026
Ann Dillon Flynn
Clerk of the Court